IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WANDA J. GREEN                                                    Plaintiff

v.                                      4:06CV01720 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                          Defendant

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge John F. Forster. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE