IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WANDA J. GREEN                                                              Plaintiff

v.                                      4:06CV01720 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                    Defendant

**JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 25th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE